NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHARLES J. CLARK,                )
                                 )
            Appellant,           )
                                 )
v.                               )        Case No. 2D18-3572
                                 )
STATE OF FLORIDA,                )
                                 )
            Appellee.            )
                                 )

Opinion filed August 28, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Stephen M. Walker,
Judge.

Charles J. Clark, pro se.


PER CURIAM.


        Affirmed.


VILLANTI, MORRIS, and SMITH, JJ., Concur.